JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Joseph Jagetz ; | Haldex Brake Products Corporation ; |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Cole County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Charles Brown (Joseph Jagetz) | Christopher Leopold ( Haldex Brake Products Corporation) |
| Brown & Watkins | Stinson Leonard Street LLP |
| 310 S. US 169 Hwy. | 1201 Walnut, Suite 2900 |
| Gower, Missouri 64454 | Kansas City, Missouri 64106 |
| **Phone:** | **Phone:** 816-691-3253 |
| **Fax:** | **Fax:** |
| **Email:** brown@brownandwatkins.com | **Email:** chris.leopold@stinson.com |
| | |
| Jayson Watkins (Joseph Jagetz) | Robin Carlson ( Haldex Brake Products Corporation) |
| Brown & Watkins | Stinson Leonard Street LLP |
| 301 S. US 169 Hwy. | 1201 Walnut, Suite 2900 |
| Gower, Missouri 64454 | Kansas City, Missouri 64106 |
| **Phone:** | **Phone:** |
| **Fax:** | **Fax:** |
| **Email:** watkins@brownandwatkins.com | **Email:** robin.carlson@stinson.com |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 2. Removed From State Court

    **State Removal County:** Cole County

**State Removal Case Number:** 17ac-cc00476

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** Fair Credit Reporting Act

**Requested in Complaint**

**Class Action:** Class Action under State Statute or Rule

**Monetary Demand (in Thousands):**

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** s/Christopher J. Leopold

**Date:** 10/6/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.