UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JOSEPH JAGETZ ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| HALDEX BRAKE PRODUCTS ) | |
| CORPORATION, ) | |
|     Defendant. ) | |

### Certificate of Service and Compliance

On October 6, 2017, a copy of the Notice of Removal was sent to counsel for plaintiff via U.S. Mail to their address of record. Also, the same day, a copy of the Notice of Removal was filed with the Circuit Court of Cole County, Missouri.

Respectfully submitted,
STINSON LEONARD STREET LLP

By: s/Christopher J. Leopold
    Robin C. Carlson, MO #57243
    Christopher J. Leopold, MO # 51407
    1201 Walnut, Suite 2900
    Kansas City, MO 64106-2150
    816.842.8600 ‖ 816.691.3495 [F]
    robin.carlson@stinson.com
    chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT

### Certificate of Service

I certify that on October 6, 2017, a copy of this document was filed with the Court's ECF system, with service to be accomplished thereby on counsel of record for plaintiff.

    s/Christopher J. Leopold
    Attorney for Defendant